# UNITED STATES DISTRICT COURT DISTRICT OF GEORGIA

**Peri Similien,**
**Plaintiff,/Claimant**

IN Re: Docket Number# 19-1-6640-67

- VS. -

**THE WALK AT LEGACY CONDOMINIUM ASSOCIATION, INC**
**Judge Jason D. Marbutt**
**Attorney Dana M Tucker Davis esq.#717597**
**Assistant State's Attorney Alana Black**
**Clerk of the Court Connie Taylor,**
**Community Management Associates Inc,**
**Jennifer L. Roberts**
**Skye Traylor**
**Brian Phillips**
**Kennedy Wynn**
**Jacob R. Davis #193147**
**Lazega & Johanson LLC**
**Attorney Amy K. Sullivan**
**severally, jointly and in their individual capacities as**
**Agents\Judges\Prosecutors\Clerks as State Actors**
**Under the Color of State Law.**
**Defendants et al...**



1:23-CV-0273

**Title 42 U.S. Code § 1983**
**CIVIL RIGHTS CLAIM**
**( Suit )**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 19 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

**I.** Comes now Peri Similien, Plaintiff, claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution. That the Defendant(s) THE WALK AT LEGACY CONDOMINIUM ASSOCIATION, INC Judge Jason D. Marbutt, Attorney Dana M Tucker Davis esq.#717597, Community Management Associates Inc, Jennifer L Roberts severally,jointly and in their individual capacities as Agents\Judges\Prosecutors\Clerks as State Actors under the Color of State Law lacked jurisdiction to convict, hear or bring any case against this Plaintiff under Federal Rules of Civil Procedure 4(j), 12(b)(1), (2), (3), (6) as well as the 4th, 5th, 9th, 10th, 11th and 14th amendments of the Constitution, whereby Plaintiff is not subject to a Foreign State.

**II.** Plaintiff Peri Similien brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to him by the First, Fifth, Eighth, Ninth, Tenth, Eleventh and Fourteenth Amendments of the federal Constitution, by the defendant(s) under color of law in his capacity/judge/Attorney/Clerk/Prosecutor/Agents in the UNITED STATES DISTRICT COURT DISTRICT OF GEORGIA.

**III.** Plaintiff Peri Similien is a natural man. Age of majority residing on the land of the Georgia State Republic

**IV.** Statement of Case

1. This is a civil rights action brought by Plaintiff to seek relief for the Defendants'' acts in violation of his rights secured by Civil Rights Act of and 1871, 42 U.S.C. §1983, 1985, 1986, 1988 and the rights secured by the First, Fourth, Fifth, Sixth, Seventh and Fourteenth Amendments of the United States Constitution and the

rights secured under the Constitution of the State of Georgia, the common law and the anti-discrimination statues of the State of GEORGIA.

2. Several and repeated civil rights violations were committed by State Actors (individually and collectively) in the caption above under the color of state law.

3. Even where the Plaintiff did not raise any jurisdictional issues, this court is obligated to raise such jurisdictional issues if it perceives ANY. See, White v. Nix, 43 F.3d 374 (8th Cir.1994) (quoting Lewis v. United States Farmers Home Admin., 992 F.2d 767, 771 (8th Cir. 1993)).

4. However, the Eighth Circuit Court of Appeals has very recently cautioned that subject matter jurisdiction should not be used to dismiss a case containing even a remotely plausible federal claim if the parties and the courts have already made [a] vast expenditure of resources.; See, Pioneer Hi-Bred, 35 F.3d at 1247.

5. Thus, in the interest of judicial economy and in light of the investment of resources of the parties here, the court will consider whether Plaintiff's complaint can be construed as an inartful attempt to assert plausible federal claims through §1983 of violation of federal constitutional rights to due process and equal protection under the Fourteenth Amendment. See, Carol A. MUMMELTHIE, Plaintiff vs. CUT OF MASON CITY, IOWA, and

Alberta Carlene Davis, Defendants; No. C 93-3030; United States District Court, N.D. Iowa, Central Division; January 9, 1995; 873 F. Supp. 1293.

6. This case arises out of abuse of process, improper service of process, malicious prosecution. The Courts are operating under the Emergency War Powers Act. The country has been under a declare state of emergency; for the past 70 years resulting in the Constitution being suspended (See Title 50 USC Appendix – Trading with the Enemy Act of 1917).

 The Courts have been misusing Title 50 USC, Sec. §23, Jurisdiction of United States courts and judges; which provides for criminal jurisdiction over an enemy of the state; whereas, Plaintiff comes under Title 50 USC Appendix Application Sec. §21,Claims of naturalized citizens as affected by expatriation…The Courts and the States are enforcing the following code on American nationals:  Title 50 USC Appendix App,

Trading, Act, Sec. §4, ;Licenses to enemy or ally of enemy insurance or reinsurance companies; change of name; doing business in United States, as a result of the passage of The Amendatory Act of March 9, 1933 to Title 50 USC, Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917. The original Trading with the Enemy Act excluded the people of the United States from being classified as the enemy when involved in transactions wholly within the United States. The Amendatory Act of March 9, 1933, however, included the people of the United States as the enemy, by incorporating the following language into the Trading With The Enemy Act: by any person within the United States. The abuses perpetrated upon the Plaintiff are the result of Title 50 USC, Trading With The Enemy Act, which turned the Plaintiff unbeknownst to himself into an enemy of the state;  Both Title 18 USC, Crime and Criminal Procedure, and Title 42 USC, Public Health and Welfare, allow the Plaintiff to bring an action against the State agencies, departments, and employees for civil rights violations while dealing in commerce. Title 10 places all public officials under this Title10 section 333 while under a state of emergency. (Declare or undeclared War this fall under TWEA.)

**7.** Plaintiff seeks compensatory and punitive damages arising from the actions of the Defendants named in the above caption, jointly, severally, officially and individually, for illegal acts that have been committed under color of law, for the purposes of depriving Plaintiff of basic civil rights secured and protected by the Constitution of the United States and the anti-discrimination statues and laws of the Constitution of the STATE.

**8.** The Court was not complete when the above actions by Judge Jason D. Marbutt took place, because there was no Obligor in attendance nor on the record.

**9.** Plaintiff seeks damages and monetary relief from the THE WALK AT LEGACY CONDOMINIUM ASSOCIATION, INC, (hereinafter, "AGENCY") For Fraud and all Defendants named in the above caption, jointly, severally, officially and individually, for illegal acts that have been committed under color of law, for the purposes of depriving Plaintiff of basic civil rights secured and protected by the Constitution of the United States and the anti-discrimination statutes and laws of the Constitution of the STATE.

**Government Description of Open Violations and deprivations of secured Rights:**

**Count 1.** 42 USC § 1983. Civil action for deprivation of rights. Nunc Pro Tunc Supra!

**Count 2.** 42 USC § 1985. Conspiracy to interfere with civil rights. Nunc Pro Tunc Supra!

**Count 3.** 42 USC § 1986. Action for neglect to prevent. Nunc Pro Tunc Supra!

**Count 4.** 18 USC § 2 Principals. (Aiding &amp; Abetting) Nunc Pro Tunc Supra!

**Count 5.** 18 U.S. Code § 4 Misprision of felony. Nunc Pro Tunc Supra!

**Count 6.** 18 USC § 241. Conspiracy against rights. Nunc Pro Tunc Supra!

**Count 7.** 18 USC § 242. Deprivation of rights under color of law.

Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both. Such fine shall be paid to the United States or to the complainant or other party injured by the act constituting the contempt, or may, where more than one is so damaged, be divided or apportioned among them as the court may direct, but in no case shall the fine to be paid to the United States exceed, in case the accused is a natural person, the sum of $1,000, nor shall such imprisonment exceed the term of six months. This section shall not be construed to relate to contempts committed in the presence of the court, or so near thereto as to obstruct the administration of justice, nor to contempts committed in disobedience of any lawful writ, process, order, rule, decree, or command entered in any suit or action brought or prosecuted in the name of, or on behalf of, the United States, but

the same, and all other cases of contempt not specifically embraced in this section may be punished in conformity to the prevailing usages at law. For purposes of this section, the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States. (June 25, 1948, ch. 645, 62 Stat. 701; May 24, 1949, ch. 139, § 8(c), 63 Stat. 90; Pub. L. 101– 647, title XII, § 1205(c), Nov. 29, 1990, 104 Stat. 4830; Pub. L. 103– 322, title XXXIII, §§ 330011(f), 330016(2)(E), Sept. 13, 1994, 108 Stat. 2145, 2148.)

**Count 8.** 18 USC § 371. Conspiracy to commit offense or to defraud the United States. "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54), Supreme Court of the United States 1795 -----

**Count 9**. 18 USC § 1028. Fraud and related activity in connection with identification documents, authentication features, and information Nunc Pro Tunc Supra!

**Count 10**. 18 USC §1341. Frauds and swindles. Nunc Pro Tunc Supra! "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647)

**Count 11.** 18 USC §1346. Definition of "scheme or artifice to defraud".

Whereas "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding. [Article VI section 2]

Whereas Attorney Dana M Tucker Davis esq.#717597, Assistant State's Attorney Alana Black, Jennifer L Roberts, confesses to hold title of Esquire and; Whereas **Article 1 section 9 clause 8 forbids,** "No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."

Whereas Esquire is a title of nobility granted by a foreign State, and; Amendment XI: "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United

States by Citizens of another State, or by Citizens or **Subjects of any Foreign State." Under Title 22 USC, Foreign Relations and Intercourse, Section §611,** a Public Official is considered a foreign agent. In order to hold public office, the candidate must file a true and complete registration statement with the State Attorney General as a foreign principle.

Whereas the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

**For the Record and Let the Record Show;**

**I.** What act of legislation granted the title or created the public office of Esquire?

a. No act of legislation has created the authority for an Esquire to operate business in any State.

b. There is no congressional consent for the creation of the BAR member attorney.

**II.** If no such legislation exists, by what lawful authority does one act?

a. By Deception and Fraud, coercion and intimidation

**III.** Is one communicating about a debt (to society) in a species other than what has been congressionally legislated?

a. Article 1 Section 10, Clause 1: No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant **any Title of Nobility**.

**IV.** What legislation granted the Supreme Court licensing/certification power?

a. The Supreme Court has no legislative, executive nor judicial authority to license or certify professions. The Supreme Court certificate given to BAR attorneys is not a license.

**V.** Who Has Authority to Hire the Corporate BAR Attorney?

a. One has no Power of attorney, meaning a writing that uses the term & power of attorney and grants authority to an agent to act in the place of the principal. Only the governing authority, the board of directors, at a noticed meeting for a corporation or business entity may hire counsel on behalf of the same. Herein lies the deceptive violations against this Plaintiff, as expressed by your law inventors, statute makers and policy enforcers. Your "Acting" deceitfully in a matter concerning protected Constitutional GOD given rights.

**Count 12. 18 USC Code § 1951**. Interference with commerce by threats or violence. Supra with Count 11.

**Count 13. 18 USC §1962**. Prohibited activities. Operating Outside of your Oath of Office Your Oath of Office requires all public official in his / her foreign state capacity to uphold the constitutional form of government or face consequences. Title 10 USC, Sec. §333, Interference with State and Federal law clearly says to the public that;

The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—

(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or (2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.

In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution. Such willful action, while serving in official capacity, violates Title 18 USC, Section §1918 Disloyalty and asserting the right to strike against the government; Whoever violates the provision of 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

(1) advocates the overthrow of our constitutional form of government; (2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;   shall be fined under this title or imprisoned not more than one year and a day, or both. and also deprives claimants of honest services: Title 18, Section §1346. Definition of scheme or artifice to defraud. For the purposes of this chapter, the term scheme or artifice to defraud; includes a scheme or artifice to deprive another of the intangible right of honest services.

**Count 14. 18 USC § 2381. Treason.**

As the Beneficiary at all times, I Object to the proceeding Nunc Pro Tunc from a Foreign Agent Outside of their sworn Oath and Constitutional authority: Judge Jason D. Marbutt has disqualified himself,

**28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge**

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

**26 U.S. Code § 6903.Notice of fiduciary relationship**

(a) RIGHTS AND OBLIGATIONS OF FIDUCIARY Upon notice to the Secretary that any person is acting for another person in a fiduciary capacity, such fiduciary shall assume the powers, rights, duties, and privileges of such other person in respect of a tax imposed by this title (except as otherwise specifically provided and except that the tax shall be collected from the estate of such other person), until notice is given that the fiduciary capacity has terminated. (See all 1099's and Government forms that have been filed) For you to even act or give any ORDER you must first produce a bonafide delegation of authority order P.O.A. issued from the Treasury. (That's Due Process). Due to the fact that Judge Jason D. Marbutt, has assigned himself fiduciary and or trustee over the Estate.

**§ 301.6903-1 Notice of fiduciary relationship.**

(a) Rights and obligations of fiduciary. Every person acting for another person in a fiduciary capacity shall give notice thereof to the district director in writing. As soon as such notice is filed with the district director such fiduciary must, except as otherwise specifically provided, assume the powers, rights, duties, and privileges of the taxpayer with respect to the taxes imposed by the Code. If the person is acting as a fiduciary for a transferee or other person subject to the liability specified in section 6901, such fiduciary is required to assume the powers, rights, duties, and privileges of the transferee or other person under that section. The amount of the tax or liability is ordinarily not collectible from the personal estate of the fiduciary but is collectible from the estate of the taxpayer or from the estate of the transferee or other person subject to the liability specified in section 6901.

(c) Where notice is not filed. If the notice of the fiduciary capacity described in paragraph (b) of this section is not filed with the district director before the sending of notice of a deficiency by registered mail or certified mail to the last known address of the taxpayer (see section 6212), or the last known address of the transferee or other person subject to liability (see section 6901(g)), no notice of the deficiency will be sent to the fiduciary. For further guidance regarding the definition of last known address, see § 301.6212-2. In such a case the sending of the notice to the last known address of the taxpayer, transferee, or other person as the case may be, will be a sufficient compliance with the requirements of the Code, even though such taxpayer, transferee, or other person is deceased, or is under a legal disability, or, in the case of a corporation, has terminated its existence. Under such circumstances, if no petition is filed with the Tax Court of the United States within 90 days after the mailing of the notice (or within 150 days after mailing in the case of such a notice addressed to a person outside the States of the Union and the District of Columbia) to the taxpayer, transferee, or other person, the tax or liability under section 6901, will be assessed immediately upon the expiration of such 90-day or 150-day period, and demand for payment will be made.

See paragraph

(a) of § 301.6213-1 with respect to the expiration of such 90-day or 150-day period.

(d) Definition of fiduciary. The term "fiduciary" is defined in section 7701(a)(6) to mean a guardian, trustee, executor, administrator, receiver, conservator, or any person acting in any fiduciary capacity for any person. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law and are of no legal force or effect. Should a judge not disqualify themself, **then the judge is in violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) JUDGE Jason D. Marbutt YOU HAVE BEEN AUTOMATICALLY DISQUALIFIED BY LAW.**

Unbeknownst to the Plaintiff, the Judge Jason D. Marbutt has many operating and hidden roles such as a debt collector. Judge Jason D Marbutt holds public office under Title 28 USC, Chapter 176, Federal Debt Collection Procedure: Title 28, Chapter 176, Federal Debt Collection Procedure, Section §3002. As used in this chapter: Court means any court created by the Congress of the United States, excluding the United States Tax Court. (3)

Debt means— (A) an amount that is owing to the United States on account of a direct loan, or loan insured or guaranteed, by the United States; or (B) an amount that is owing to the United States on account of a fee, duty, lease, rent, service, sale of real or personal property, overpayment, fine, assessment, penalty, restitution, damages, interest, tax, bail bond forfeiture, reimbursement, recovery of a cost incurred by the United States, or other source of indebtedness to the United States, but that is not owing under the terms of a contract originally entered into by only persons other than the United States; Judgment means a judgment, order, or decree entered in favor of the United States in a court and arising from a civil or criminal proceeding regarding a debt. (15); United States means— (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States.

The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggest that he is then engaging in criminal acts of treason and may be engaged in extortion and the interference with interstate commerce.

**Count 15. 18 USC § 2382. Misprision of treason. Supra with Count 14.**

**Count 16. 18 USC § 2384. Seditious conspiracy. Nunc Pro Tunc**

All defendants named and others within the chain of actions not named, have conspired this crime against the beneficiary knowingly with unclean hands, under their sworn oaths of office.

Herein is a fee schedule by this Government for violations by employees, agents and agencies.

**VIOLATION OF OATH OF OFFICE [$]250,000.00 18 USC 3571, 28 USC 3002(15)**

**ARMED ABUSE OF OFFICE [$]200,000.00**

**ARMED ABUSE OF AUTHORITY [$]200,000.00**

**ARMED COERCION [$]200,000.00**

**ARMED VIOLATION OF DUE PROCESS [$]200,000.00**

**SLAVERY (Forced Compliance to contracts not held) [$]250,000.00 18 USC 3571**

**DENIED PROVISIONS IN THE CONSTITUTION [$]250,000.00 18 USC 3571**

**ARMED TREASON, WAR AGAINST Age of majority AMERICANS [$]250,000.00 18**

**USC 3571**

**ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW [$]200,000.00 18 USC**

242

EMOTIONAL DISTRESS [$]200,000.00 32CFR 536.77(a)(3)(vii)

MENTAL ANGUISH ABUSE [$]200,000.00 42 CFR 488.301

UNLAWFUL INCARCERATION [$]200,000.00

MALICIOUS PROSECUTION [$]200,000.00

DEFAMATION OF CHARACTER [$]200,000.00

SLANDER [$]200,000.00

LIBEL [$]200,000.00

ARMED TRESPASS [$]200,000.00

NEGLECT/FAILURE TO PROTECT/ACT [$]200,000.00 18 USC 1621, 42 USC 1986

ARMED LAND PIRACY/PLUNDER [$]200,000.00

UNAUTHORIZED BOND PRODUCTION [$]200,000.00

ARMED FORGERY [$]200,000.00

ARMED IMPERSONATING A PUBLIC OFFICIAL [$]200,000.00

ACTING AS AGENTS OF FOREIGN PRINCIPLES [$]200,000.00 18 USC 219

EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP BY BAR CLOSED

UNION COURTS- CIVIL RIGHTS [$]1,000,000,000/00

BAR VIOLATION OF ANTI-TRUST LAWS [$]200,000.00

FICTICIOUS CONVEYANCE OF LANGUAGE [$]200,000.00 Chap. 2b 78FF

MISAPPROPRIATION OF TAXPAYER FUNDS [$]200,000.00 18 USC 641-664

VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS ARMED

BREACH OF TRUST [$]200,000.00

ARMED DISTURBING THE PEACE [$]200,000.00

ARMED MALFEASANCE/MALPRACTICE [$]200,000.00 22 CFR 13.3

ARMED MISREPRESENTATION/PERSONAGE [$]200,000.00

MISPRISON OF FELONY [$]500.00 18 USC 4

**ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE [$]200,000.00 18 USC**

**241**

**ARMED CRIMINAL EXTORTION ECONOMIC OPPRESSION [$]200,000.00 18 USC**

**141, 872, 25 CFR 11.417**

**ARMED EXTORTION OF RIGHTS [$]200,000.00**

**ARMED ROBBERY [$]200,000.00**

**ARMED THEFT BY FORCED REGISTRATION [$]200,000.00**

**MAIL FRAUD [$]10,000.00 18 USC 1341**

**ARMED FRAUD [$]10,000.00 18 USC 1001**

**ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS**

**[$]200,000.00**

**ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING**

**[$]200,000.00**

**ARMED FALSIFICATION OF DOCUMENTS/RECORD [$]10,000.00 18 USC**

**1001, 26 USC 7701(a)(1)**

**ARMED FICTITIOUS OBLIGATIONS [$]200,000.00 18 USC 514**

**ARMED PERJURY [$]2,000.00 18 USC 1621**

**ARMED SUBORDINATION OF PERJURY [$]2,000.00 18 USC 1622**

**ARMED RACKETEERING (Criminal, Felony) [$]200,000.00 18 USC 1961-1968**

**ARMED RACKEREERING (Civil) [$]200,000.00**

**Wages Taken [$]x3= 18 USC 1964 (c)**

---

**[$]47,334,500.00 (Sustained Damages [total] x3) = [$] 142,003,500.00 and/ or dismiss with prejudice immediately.**

Justice is required to be BLIND while holding a SET OF SCALES and a TWO-EDGED SWORD. This symbolizes true justice. The Administrative Procedure Act of 1946 (60 stat 237) would allow the sword to cut in either direction and give the judge immunity by holding his own court office accountable for honest service fraud, obstruction of justice, false statements, malicious prosecution and fraud placed upon the court. Any willful intent to uncover the EYES OF JUSTICE or TILT THE SCALES is a willful intent to deny Due Process, which violates Title 18 USC §1346, Scheme or Artifice to Defraud, by perpetrating a scheme or artifice

to deprive another of the intangible right of honest services. This is considered fraud and an overthrow of a constitutional form of government and the person depriving the honest service can be held accountable and face punishment under Title 18 USC and Title 42 USC and violates Title 28 USC judicial procedures.

These are the laws as we know them—clear, precise and written by those with superior knowledge of the law LAWYERS; not the Plaintiff. The Plaintiff cannot be held accountable if there is a failure to clarify or if its incomprehensible, baseless assertions and citations to disjointed and/or irrelevant legal authority, grammatically, logically and legally incomprehensible, frivolous and unintelligible or a conflict in the laws. This then goes back to

those LAWYERS who created this conflict in law to be held accountable.

**WHEREAS**, the facts and the law contained herein are before this court; and; **WHEREAS**, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, **WHEREAS,** self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and, **WHEREAS,** Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalms 117:2; John 8:32; II Corinthians. 13:8;

THEREFORE, this court must perform its duty under the Rule of Law, do Justice,Rectum Rogare, and DISMISS WITH PREJUDICE the above-captioned case without delay for Justice delayed is Justice denied. Rectum Rogare - to do right; to petition the judge to do right; --Black's Law Dictionary 4th edition.

We the Undersigned, Hereby Verify Under Penalty of Perjury, under the laws of the United States for the united States of America, to the best of our current information, belief, and knowledge, seek and share these truths, so help us God. Pursuant to 28 U.S.C. §1746

Surah 24:11 "The Light" Rather, it is good for you.1 They will be punished, each According to their share of the sin. As for their mastermind, 2. he will suffer a tremendous punishment.

Surah 17:58 Al Isra "The Night Journey" There is not a ´wicked` society that We will not destroy or punish with a severe torment before the Day of Judgment. That is written in the Record.

Surah An Nur "The Light" 24:53 Tell them, 'Do not swear: it is reasonable obedience that is required, and God is aware of everything you do.'

**Dated: January____/9ᵗʰ__, 2023**            Govern Yourselves Accordingly,

By:_ _ _ _ _ _ _ _ _ _ _

Peri Similien/ Beneficiary//Living Man upon the Land

By:_ _ _ _ _ _ _ _ _ _              By:_ _ _ _ _ _ _ _ _ _ _

Private Witness#1                                 Private Witness#2